JOHN H. PODESTA, ESQ. (California State Bar No. 154706)
(jpodesta@bbgslaw.com)
SUSAN L. RYAN, ESQ. (California State Bar No. 230465)
(sryan@bbgslaw.com)
BRANSON, BRINKOP GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981

Attorneys for Defendant,
CALIFORNIA WATER SERVICE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 7/7/06*

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA WATER SERVICE COMPANY (a California corporation), <br><br> Defendant. | Case No. C 06 3002 RMW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge:      Honorable Ronald M. Whyte <br> Courtroom:  6 |

## STIPULATION

The parties to this litigation stipulate and agree to continuing the initial Case Management Conference ("CMC") scheduled for August 4, 2006, at 10:30 AM to September 22, 2006, at 10:30 AM.

Accordingly, upon order of this Court, the following changes will be in effect: the July 14, 2006 deadline will be changed to September 1, 2006 (21-days prior to the new CMC date), which will be the last day to: 1) meet and confer regarding initial disclosures, early settlement,

1  ADR process selection, and discovery plan, 2) file ADR Certification signed by Parties and
2  Counsel, and, 3) file either Stipulation to ADR Process or Notice of Need for ADR Phone
3  Conference; and, the July 28, 2006 deadline will be changed to September 15, 2006 (7-days prior
4  to the new CMC date), which will be the last day to complete the initial disclosures or state
5  objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report.

6      This stipulation is supported by the declaration of John H. Podesta, Esq. (attached hereto
7  as Exhibit "A"), signatures by the parties to the litigation, and [proposed] order by the Court.

8  **IT IS SO STIPULATED AND AGREED:**

10  DATED: June 30, 2006    BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

12  By: _____
13      JOHN H. PODESTA, ESQ.
14      Attorneys for Defendant,
    CALIFORNIA WATER SERVICE COMPANY

16  DATED: _____, 2006    BARBER LAW GROUP

19  By:_____
    FULTON M. SMITH III, ESQ.
    Attorneys for Plaintiff,
20      EMPLOYERS INSURANCE OF WAUSAU

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24  DATED: _____, 2006
25      _____
    HONORABLE RONALD M. WHYTE,
    Judge for the United States District Court,
26      Northern District of California, San Jose Division

*Sidebar:* BRANSON BRINKOP GRIFFITH & STRONG LLP, 643 BAIR ISLAND ROAD, SUITE 400, REDWOOD CITY, CALIFORNIA 94063, TELEPHONE (650) 365-7710

ADR process selection, and discovery plan, 2) file ADR Certification signed by Parties and Counsel, and, 3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and, the July 28, 2006 deadline will be changed to September 15, 2006 (7-days prior to the new CMC date), which will be the last day to complete the initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report.

This stipulation is supported by the declaration of John H. Podesta, Esq. (attached hereto as Exhibit "A"), signatures by the parties to the litigation, and [proposed] order by the Court.

**IT IS SO STIPULATED AND AGREED:**

DATED: June 30, 2006            BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

By:_____
JOHN H. PODESTA, ESQ.
Attorneys for Defendant,
CALIFORNIA WATER SERVICE COMPANY

DATED: June 30, 2006            BARBER LAW GROUP

By:_____
FULTON M. SMITH III, ESQ.
Attorneys for Plaintiff,
EMPLOYERS INSURANCE OF WAUSAU

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/7, 2006            /s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE,
Judge for the United States District Court,
Northern District of California, San Jose Division

2

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

# EXHIBIT "A"

JOHN H. PODESTA, ESQ. (California State Bar No. 154706)
(jpodesta@bbgslaw.com)
SUSAN L. RYAN, ESQ. (California State Bar No. 230465)
(sryan@bbgslaw.com)
BRANSON, BRINKOP GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA  94063
Telephone:  (650) 365-7710
Facsimile:  (650) 365-7981

Attorneys for Defendant,
CALIFORNIA WATER SERVICE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY<br>(a California corporation),<br><br>        Defendant. | Case No. C 06 3002 RMW<br><br>**DECLARATION OF JOHN H. PODESTA, ESQ. IN SUPPORT OF STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:        Honorable Ronald M. Whyte<br>Courtroom:  6 |

DEFENDANT, CALIFORNIA WATER SERVICE COMPANY (hereinafter "Cal-Water"), by and through its attorney, hereby submit the following:

I, JOHN H. PODESTA, declare as follows:

1.  I am an attorney at law licensed to practice before all courts in the State of California. I am a partner of Branson, Brinkop, Griffith & Strong, attorneys for Defendant, Cal-Water in the above-captioned matter.

2.  I make this Declaration on my own personal knowledge and if called, could competently testify to the matters stated herein.

1

DECLARATION OF JOHN H. PODESTA, ESQ. IN SUPPORT OF STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

3. The stipulation and proposed order by the Court to continue the initial Case Management Conference has been agreed upon by the parties involved in the litigation.

4. The stipulation and proposed order by the Court to continue the initial Case Management Conference is being made due to the delay in hearing the motions filed by the Defendant, CALIFORNIA WATER SERVICE COMPANY, ("Cal Water"). The motions were originally scheduled to be heard on July 14, 2006, a date inconvenient to the Court and changed accordingly. The motions were then scheduled to be heard on July 21, 2006, a date inconvenient to counsel for the Plaintiff, EMPLOYERS INSURANCE OF WAUSAU, ("Wausau") and moved to be changed pursuant to stipulation of the parties and order by the Court.

5. The stipulation and proposed order by the Court to continue the initial Case Management Conference is made due to the fact that the delays in hearing Cal-Water's motions have caused the hearing date to now be only one week prior to the initial Case Management Conference date, a date which would be quite inconvenient for all the parties due to lack of time to adequately prepare for the Case Management Conference.

6. The stipulation and proposed order by the Court to continue the initial Case Management Conference would change the deadlines currently set by the Court in this matter. Accordingly, September 1, 2006, rather than July 14, 2006, would now be the last day to: 1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; 2) file ADR Certification signed by the Parties and Counsel; and, 3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

7. The stipulation and proposed order by the Court to continue the initial Case Management Conference would change the deadlines currently set by the Court in this matter. Accordingly, September 15, 2006, rather than July 28, 2006, would now be the last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report.

2

DECLARATION OF JOHN H. PODESTA, ESQ. IN SUPPORT OF STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1  I declare under penalty of perjury under the laws of the State of California the foregoing
2  is true and correct, and this Declaration is executed at Redwood City, California on June 30,
3  2006.

4  Dated: June 30, 2006                BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

7  By: _____
       JOHN H. PODESTA, ESQ.
8      Attorneys for Defendant,
       CALIFORNIA WATER SERVICE COMPANY

BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

3

DECLARATION OF JOHN H. PODESTA, ESQ. IN SUPPORT OF STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE