```
 1  Bryan M. Barber (California State Bar No. 118001)
    (bbarber@barberlg.com.)
 2  Fulton M. Smith, III (California State Bar No. 121071)
    (fsmith@barberlg.com.)
 3  BARBER LAW GROUP
    One Embarcadero Center, Suite 1060
 4  San Francisco, California  94111-3626
    Telephone:    (415) 273-2930
 5  Facsimile:    (415) 273-2940

 6  Attorneys for Plaintiff
    EMPLOYERS INSURANCE OF WAUSAU
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>           Plaintiff,<br><br>           v.<br><br>CALIFORNIA WATER SERVICE COMPANY (a California corporation);<br><br>           Defendant. | Case No.:  C 06-03002 RWM (PVT)<br><br>**STIPULATION AND <u>ORDER</u> TO CONTINUE HEARING DATES ON DEFENDANT'S MOTIONS TO DISMISS OR TRANSFER FOR IMPROPER VENUE, 12(b) DISMISSAL AND STAY**<br><br>Prior Hearing Date: July 21, 2006<br>Proposed Hearing Date:    July 28, 2006<br>Time:                       9:00 AM<br>Courtroom:                  6<br>Judge:              Hon. Ronald M. Whyte<br><br>Complaint filed:    May 3, 2006 |

Plaintiff Employers Insurance of Wausau ("Wausau") and Defendant California Water Service Company ("Cal Water") respectfully submit this STIPULATION AND ORDER TO CONTINUE HEARING DATES ON DEFENDANT'S MOTIONS TO DISMISS OR TRANSFER FOR IMPROPER VENUE, 12(b) DISMISSAL AND STAY.  The parties urge the Court to approve the proposed change hearing date, owing to counsel's unavailability.

///

///

**STIPULATION AND ORDER TO CONTINUE HEARING DATES ON DEFENDANT'S MOTIONS TO DISMISS OR TRANSFER FOR IMPROPER VENUE, 12(b) DISMISSAL AND STAY**
Case No.: C 06-03002 RMW (PVT)

**STIPULATION TO CONTINUE HEARING DATES**

WHEREAS, Defendant Cal Water filed three motions in response to Plaintiff Wausau's Complaint:

    1.    Motion to dismiss or transfer for improper venue, or in the alternative, to transfer for convenience;

    2.    Motion for a more definite statement and to dismiss for failure to join a party; and

    3.    Motion to stay;

WHEREAS, the hearing date for Cal Water's motions was set for July 14, 2006 at 9 AM in Courtroom 6;

WHEREAS, on its own motion, the Court reset the hearings for July 21, 2006;

WHEREAS, counsel for Plaintiff Wausau was unaware of the continued date for the hearing until notice of the new hearing date was communicated by counsel for Cal Water, and then soon thereafter by electronic mail from the Court.  Counsel for Plaintiff Wausau had no opportunity to advise the Court or counsel whether there might be a conflict with the July 21 hearing date;

WHEREAS, counsel for Plaintiff Wausau is out of town and had a calendar conflict on July 21, 2006;

WHEREAS, the parties' counsel have met and conferred regarding a new hearing date on Cal Water's motions and agreed that July 28, 2006 works for everyone's schedule; and

WHEREAS, on behalf of Wausau and Cal Water, counsel for Plaintiff Wausau thereafter contacted the Court's Calendar Clerk—Jennifer Lynn Garcia—to clear the new date with the Court; and Ms. Garcia confirmed that the new date is available;

THE PARTIES, BASED THEREON, AGREE AND STIPULATE:

    1.    The hearing date on Defendant Cal Water's:

        (a)    Motion to dismiss or transfer for improper venue, or in the alternative, to transfer for convenience;

        (b)    Motion for a more definite statement and to dismiss for failure to join a party; and

    (c) Motion to stay

should be continued to July 28, 2006, 9:00 AM, in Courtroom 6;

  2. Plaintiff Wausau will file it's oppositions to the motions no later than July 7, 2006; and

  3. Defendant Cal Water will file it's reply (if any) to Wausau's opposition no later than July 14, 2006.

  IT IS SO STIPULATED:

DATED: June __ , 2006   BARBER LAW GROUP

             _____
             Bryan M. Barber
             Fulton M. Smith, III
             Attorneys for Plaintiff
             EMPLOYERS INSURANCE OF WAUSAU

DATED: June __, 2006   BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

             _____
             John H. Podesta
             Susan L. Ryan
             Attorneys for Defendant
             CALIFORNIA WATER SERVICE COMPANY

### ORDER CONTINUING HEARING DATES

GOOD CAUSE APPEARING, IT IS SO ORDERED that the hearing date on Defendant Cal Water's motions to transfer, dismiss or stay is continued to July 28, 2006, 9 AM, Courtroom 6.

  Defendant Wausau is to file its oppositions no later than July 7, 2006 and Plaintiff Cal Water is to file any reply thereto no later than July 14, 2006.

Dated: _____ __, 2006   _____
             Ronald M. Whyte
             Judge of the United States District Court

2020699

**STIPULATION AND ORDER TO CONTINUE HEARING DATES ON DEFENDANT'S MOTIONS TO DISMISS OR TRANSFER FOR IMPROPER VENUE, 12(b) DISMISSAL AND STAY**
Case No.: C 06-03002 RMW (PVT)

Page 3

party; and

        (c)    Motion to stay

should be continued to July 28, 2006, 9:00 AM, in Courtroom 6;

    2.    Plaintiff Wausau will file it's oppositions to the motions no later than July 7, 2006; and

    3.    Defendant Cal Water will file it's reply (if any) to Wausau's opposition no later than July 14, 2006.

IT IS SO STIPULATED:

DATED: June __, 2006        BARBER LAW GROUP

_____
Bryan M. Barber
Fulton M. Smith, III
Attorneys for Plaintiff
EMPLOYERS INSURANCE OF WAUSAU

DATED: June 30, 2006        BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

_____
John H. Podesta
Susan L. Ryan
Attorneys for Defendant
CALIFORNIA WATER SERVICE COMPANY

### ORDER CONTINUING HEARING DATES

GOOD CAUSE APPEARING, IT IS SO ORDERED that the hearing date on Defendant Cal Water's motions to transfer, dismiss or stay is continued to July 28, 2006, 9 AM, Courtroom 6.

Defendant Wausau is to file its oppositions no later than July 7, 2006 and Plaintiff Cal Water is to file any reply thereto no later than July 14, 2006.

Dated: _____, 2006        _____
Ronald M. Whyte
Judge of the United States District Court

2020699

**STIPULATION AND ORDER TO CONTINUE HEARING DATES ON DEFENDANT'S MOTIONS TO DISMISS OR TRANSFER FOR IMPROPER VENUE, 12(b) DISMISSAL AND STAY**
Case No.: C 06-03002 RMW (PVT)

1

2       (c)    Motion to stay

3 should be continued to July 28, 2006, 9:00 AM, in Courtroom 6;

4      2.    Plaintiff Wausau will file it's oppositions to the motions no later than July 7,

5 2006; and

6      3.    Defendant Cal Water will file it's reply (if any) to Wausau's opposition no later

7 than July 14, 2006.

8      IT IS SO STIPULATED:

9 DATED: June __, 2006         BARBER LAW GROUP

10

11                                                       Bryan M. Barber

12                                                       Fulton M. Smith, III
                                                      Attorneys for Plaintiff

13                                                       EMPLOYERS INSURANCE OF WAUSAU

14 DATED: June __, 2006         BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

15

16

17                                                       John H. Podesta
                                                      Susan L. Ryan
                                                      Attorneys for Defendant

18                                                       CALIFORNIA WATER SERVICE COMPANY

19                          **ORDER CONTINUING HEARING DATES**

20 GOOD CAUSE APPEARING, IT IS SO ORDERED that the hearing date on Defendant Cal

21 Water's motions to transfer, dismiss or stay is continued to July 28, 2006, 9 AM, Courtroom 6.

22      Defendant Wausau is to file its oppositions no later than July 7, 2006 and Plaintiff Cal

23 Water is to file any reply thereto no later than July 14, 2006.

24 Dated: 7/7 __, 2006             /s/ Ronald M. Whyte

25                                      Ronald M. Whyte
                                     Judge of the United States District Court

26

27

28 2020699

STIPULATION AND ORDER TO CONTINUE HEARING DATES ON DEFENDANT'S MOTIONS TO
DISMISS OR TRANSFER FOR IMPROPER VENUE, 12(b) DISMISSAL AND STAY
Case No.: C 06-03002 RMW (PVT)

Page 3

# PROOF OF SERVICE

I, Lily Huang, hereby declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed with the law firm of BARBER LAW GROUP whose address is One Embarcadero Center, Suite 1060, San Francisco, California 94111-3626.

On June 30, 2006, I caused to be served the following document(s):

**STIPULATION AND ORDER TO CONTINUE HEARING DATES ON DEFENDANT'S MOTIONS TO DISMISS OR TRANSFER FOR IMPROPER VENUE, 12(b) DISMISSAL AND STAY**

On the interested parties to this action provided below:

| | |
|---|---|
| John H. Podesta, Esq.<br>Susan L. Ryan, Esq.<br>BRANSON, BRINKOP, GRIFFITH & STRONG, LLP<br>643 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Telephone:   (650) 365-7710<br>Facsimile:   (650) 365-7981 | Attorneys for Defendant<br>CALIFORNIA WATER SERVICE COMPANY |

☐ (BY ELECTRONIC MAIL)  I caused the foregoing document(s) to be served on all parties set forth above by e-mailing copies to the indicated e-mail addresses.

☐ (BY FACSIMILE)  I transmitted by facsimile.  The facsimile machine I used complies with California Rules of Court, Rule 2004 and no error was reported by the machine.

☐ (BY OVERNIGHT DELIVERY)  I placed the sealed envelope(s) or package(s) in a box or other facility regularly maintained by Federal Express, an express service carrier, in an envelope designated by the said express service carrier, with delivery fees paid or provided for.

☒ (BY MAIL)  I placed the sealed envelope(s) for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY PERSONAL DELIVERY)  I caused the envelope(s) to be delivered by hand to the addressee(s) noted above.  I delivered to an authorized courier or driver to be delivered on the same date.

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct and that this declaration was executed at San Francisco, California
3   on June 30, 2006.

                                                           /s/ Lily Huang
                                                             Lily Huang

7   2020700v1B