UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 9/20/06*

Employers Insurance of Wausau, a Mutual Company,

    Plaintiff(s),

v.

California Water Service Company (a California corporation);

    Defendant(s).

CASE NO. C 06-03002 RMW (PVT)

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  To be discussed with the Court.

Dated: 8/31/06

                                  Attorney for Plaintiff

Dated: 7/31/06

                                  Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- XX Mediation
- Private ADR

Deadline for ADR session
XX 90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: 9/20/06

/S/ RONALD M. WHYTE

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

**PROOF OF SERVICE**

I, Lily Huang, hereby declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed with the law firm of BARBER LAW GROUP whose address is One Embarcadero Center, Suite 1060, San Francisco, California 94111-3626.

On August 31, 2006, I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

On the interested parties to this action provided below:

| | |
|---|---|
| John H. Podesta, Esq.<br>Susan L. Ryan, Esq.<br>BRANSON, BRINKOP, GRIFFITH & STRONG, LLP<br>643 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Telephone: (650) 365-7710<br>Facsimile: (650) 365-7981 | Attorneys for Defendant<br>CALIFORNIA WATER SERVICE COMPANY |

☐ (BY ELECTRONIC MAIL) I caused the foregoing document(s) to be served on all parties set forth above by e-mailing copies to the indicated e-mail addresses.

☐ (BY FACSIMILE) I transmitted by facsimile. The facsimile machine I used complies with California Rules of Court, Rule 2004 and no error was reported by the machine.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) in a box or other facility regularly maintained by Federal Express, an express service carrier, in an envelope designated by the said express service carrier, with delivery fees paid or provided for.

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY PERSONAL DELIVERY) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California on August 31, 2006.

Lily Huang