**United States District Court**
For the Northern District of California

**E-FILED on** 10/10/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA WATER SERVICE COMPANY, a California Corporation,<br><br>    Defendant. | No. C-06-03002 RMW<br><br>ORDER REGARDING DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e); MOTION TO DISMISS PURSUANT TO RULE 12(b)(7); MOTION TO TRANSFER; AND MOTION TO STAY<br><br>**[Re Docket Nos. 4, 6, 7]** |

    Pending before this court are California Water Service Company's ("Cal. Water") motions (1) for a more definite statement under Fed. R. Civ. P. 12(e), (2) to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join a party under Fed. R. Civ. P. 19, (3) to transfer the case to the Eastern District, or (4) to stay the current action pending resolution of the underlying actions in the Eastern District (collectively, the "Pending Motions"), each of which plaintiff Employers Insurance of Wausau ("Wausau") opposed. The court heard oral argument on July 28, 2006. The court tentatively (1) granted the motion for more definite statement, (2) denied the motion to dismiss for failure to join the alleged real party-in-interest, (3) denied the motion to transfer for improper venue or for convenience, and (4) denied the motion to stay.

At the hearing, the parties advised the court that they submit to the court's tentative ruling and the court granted Wausau fifteen days leave to amend its complaint. The court notes that on August 14, 2006, prior to the court's issuance of a written order, Wausau filed its Amended Complaint and, on September 5, 2006 Cal. Water filed its Answer to Amended Complaint and Counterclaims. Therefore, it appears that the Pending Motions are now moot.

If a party disagrees that the Pending Motions are moot, such party is to file written notice with this court by Friday, October 13, 2006. If no notice is filed, the court will terminate the Pending Motions as moot.

DATED: 10/4/06

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Bryan M. Barber
bbarber@barberlg.com

Fulton M. Smith, III
fsmith@barberlg.com

**Counsel for Defendant:**

John H. Podesta
jpodesta@bbgslaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/10/06            SPT
**Chambers of Judge Whyte**