*E-FILED - 6/27/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY<br>(a California corporation),<br><br>Defendant. | Case No.: C 06 03002 RMW (PVT)<br><br>STIPULATED [PROPOSED] AMENDED CASE MANAGEMENT ORDER |

Plaintiff Employers Insurance of Wausau ("Wausau") and defendant California Water Service Company ("Cal Water") (also referred singularly as a "party," or collectively, herein, as "the parties") jointly move this Court for an Order Amending the Court's November 9, 2006 Case Management Order as set forth below, on the following grounds:

**STIPULATION OF GOOD CAUSE TO MOVE DISCOVERY DEADLINES**

1. The parties have engaged in significant voluntary pre-trial disclosure of witnesses and production or inspection of tens of thousands of pages of documents, including claim files, correspondence, as well as files, reports, pleadings, discovery, deposition transcripts and the like from the two actions made the subject of this insurance coverage action.

2. The parties have propounded mutual, if not multiple sets of interrogatories and document inspection demands, as well as issued subpoenas for documents and depositions of

non-parties. Several sets of interrogatories and document demands await response or the parties are meeting and conferring regarding answers thereto and/or production of documents.

3. The parties have noticed depositions of numerous witnesses—both from out of state and within California. Many depositions have been reset or moved based on witness availability, counsel's schedules or travel conflicts, conflicting trials, and many depositions can only be taken after the current fact discovery deadline of July 6, 2007.

4. The parties agree that they need to complete fact discovery as soon as possible as fact discovery directly impacts the parties' mutual experts' ability to review relevant testimony and/or documents, form opinions necessary to the case, prepare reports and prepare for deposition.

5. The parties have been diligent in both prosecuting and defending the claims, and neither party has engaged in conduct calculated to delay the orderly prosecution and defense of this action.

6. The parties are not seeking to move the trial date set for the matter—only those dates necessary for the parties to adequately prepare their respective cases in preparation for trial on that date. No other extensions of the Case Management Order has been sought.

As a result, the parties agree to the following modification/amendment of the Court's November 9, 2006 Case Management Order and move the Court, good cause being demonstrated, for an Order Amending Case Management Order as follows:

**PROPOSED CASE MANAGEMENT ORDER**

On November 9, 2006, the Court approved and entered a Case Management Statement for the case and ordered the parties to comply. However, based on the above stipulation and GOOD CAUSE DEMONSTRATED, the Court GRANTS the parties' motion to AMEND the CASE MANAGEMENT ORDER, and the parties are ORDERED to comply with the following amended pre-trial deadlines:

# DISCOVERY LIMITS AND SCHEDULING

1. **Discovery:**

(1.1) **Fact discovery:**

    **(1.1.1) Inspection/document demands of non-parties:**

        No limit anticipated at this time.

    **(1.1.2) Depositions of parties and non-parties:**

        Limited to 100 hours of questioning per side.

    **(1.1.3) Interrogatories:**

        Limited to 35, unless additional necessary for good cause.

    **(1.1.4) Requests for admissions:**

        Limited to 35, unless additional necessary for good cause.

    **(1.1.5) Close of fact discovery:**

        August 13, 2007

    **(1.1.6) Last day for hearing on fact discovery motions:**

        August 17, 2007

(1.2) **Expert discovery:**

    **(1.2.1) The Parties' initial disclosure of expert witnesses and reports:**

        August 24, 2007

    **(1.2.2) The Parties' disclosure of rebuttal expert witnesses and reports:**

        September 7, 2007

    **(1.2.3) Last day for deposition of experts:**

        September 24, 2007

    **(1.2.4) Last day for hearing on expert discovery motions:**

        September 28, 2007

# NON-DISCOVERY MOTIONS

2. **Dispositive motions:**

(2.1) Last day for dispositive motions:

        August 13, 2007 (at the end of fact discovery, above)

17

## PRETRIAL SUBMISSIONS AND HEARINGS

3. Pretrial submission and hearing schedule:

(3.1) Last day for lead counsel for the parties to meet and confer in person regarding all pre-trial matters (Standing Order):

        October 2, 2007

(3.2) Last day to file and serve trial briefs, motions in limine, discovery responses to be used at trial, voir dire, jury questions and jury instructions and verdict forms (if applicable), proposed findings of fact and conclusions of law (if appropriate), joint pretrial statement:

        October 9, 2007

(3.3) Last day file Joint Pretrial Statement, and file and serve oppositions to motions in limine, objections to use of discovery at trial, counter-designations of discovery to be used at trial, objections to proposed: voir dire, jury questions and instructions, jury verdict forms, objections to findings of fact and conclusions of law and to the authenticity or admissibility of any proposed trial exhibits:

        October 12, 2007

(3.4) Pre-trial Conference:

        October 18, 2007

(12.4) Trial:    October 22, 2007

SO STIPULATED:

DATED: June 8, 2007        /s/ Bryan M. Barber
BRYAN M. BARBER, Attorney for
EMPLOYERS INSURANCE OF WAUSAU

DATED: June 8, 2007        /s/ John H. Podesta
JOHN H. PODESTA, Attorney for
CALIFORNIA WATER SERVICE
COMPANY

2021769

Having considered the Parties' stipulation, above, AND GOOD CAUSE APPEARING, it is APPROVED AND SO ORDERED:

DATED: 6/27/07

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE,
Judge for the United States District Court,
Northern District of California, San Jose Division

# PROOF OF SERVICE

I, Mary Ellen McMuldren, hereby declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed with the law firm of BARBER LAW GROUP whose address is One Embarcadero Center, Suite 1060, San Francisco, California 94111-3626.

On June 8, 2007, I caused to be served the following document(s):

**STIPULATED [PROPOSED] AMENDED CASE MANAGEMENT ORDER**

On the interested parties to this action provided below:

| | |
|---|---|
| John H. Podesta, Esq.<br>Susan L. Ryan, Esq.<br>BRANSON, BRINKOP, GRIFFITH & STRONG, LLP<br>643 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Telephone: (650) 365-7710<br>Facsimile: (650) 365-7981 | Attorneys for Defendant<br>CALIFORNIA WATER SERVICE COMPANY |

☒ (BY E-FILE) I caused the foregoing document(s) to be served on all parties set forth above by filng with the Court using the electronic court filing (ECF) system.

☐ (BY ELECTRONIC MAIL) I caused the foregoing document(s) to be served on all parties set forth above by e-mailing copies to the indicated e-mail addresses.

☐ (BY FACSIMILE) I transmitted by facsimile. The facsimile machine I used complies with California Rules of Court, Rule 2004 and no error was reported by the machine.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) in a box or other facility regularly maintained by Federal Express, an express service carrier, in an envelope designated by the said express service carrier, with delivery fees paid or provided for.

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY PERSONAL DELIVERY) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California on June 8, 2007.

*/s/ Mary E. McMuldren*
Mary Ellen McMuldren

1
PROOF OF SERVICE

2021489