JOHN H. PODESTA, ESQ. (California State Bar No. 154706)
(jpodesta@bbgslaw.com)
BRANSON, BRINKOP GRIFFITH & STRONG, LLP
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Telephone: (650) 365-7710
Facsimile: (650) 365-7981

Attorneys for Defendant,
CALIFORNIA WATER SERVICE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/20/07*

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY<br>(a California corporation),<br><br>Defendant. | Case No. C 06 3002 RMW<br><br>**Stipulation and Order Concerning 1986 Policy and Retrospective Premiums** |

Plaintiff, EMPLOYERS INSURANCE OF WAUSAU ("WAUSAU") and defendant CALIFORNIA WATER SERVICE COMPANY ("CAL WATER"), by and through counsel, hereby stipulate as follows:

1. Notwithstanding anything to the contrary in WAUSAU's complaint, (e.g., Paragraph 32), WAUSAU agrees that it will not seek reimbursement in the present action from CAL WATER, and/or an offset to any monies owed by WAUSAU to CAL WATER, on account of the application of any retrospective premium obligation contained in any WAUSAU insurance

1

policy issued to CAL WATER, or in any related agreement between CAL WATER and WAUSAU.

2. Notwithstanding anything to the contrary in CAL WATER's Counter Claim, (e.g., Paragraphs 12, 14), CAL WATER agrees that it will not seek coverage (including defense costs, indemnity expenses and any extra contractual or bad faith damages) under WAUSAU policy numbers 0627 05 027132, effective 1/1/86 to 1/1/87 and 0628 05 027132, effective 1/1/87 to 1/1/88.

3. The parties agree that this stipulation shall have the effect of dismissing the claims without prejudice, and that therefore either party may allege such claims as they are dismissing in the future, upon making the proper motion for leave to file an amended complaint in the present action. Upon filing such a motion, all rights are reserved. Should the court grant leave to file the amended complaint, the claim added (relating to 1. or 2. above) would be considered a new matter, or a new claim, for purposes of discovery and trial.

4. The parties further agree that any resolution of the remainder of this case will include resolution of the claims identified in paragraphs 1 and 2, unless by further agreement of the parties or by court order, those claims are reserved.

Dated: June 27, 2007      BRANSON, BRINKOP, GRIFFITH & STRONG, LLP

By: _____
JOHN H. PODESTA, ESQ.
Attorneys for Defendant,
CALIFORNIA WATER SERVICE COMPANY

Dated: June 27, 2007      THE BARBER LAW GROUP

By: _____
BRYAN M. BARBER, ESQ.
Attorneys for Plaintiff,
EMPLOYERS INSURANCE OF WAUSAU

2

Stipulation and Order Concerning Retrospective Premiums and Wausau Policies

BRANSON BRINKOP GRIFFITH & STRONG LLP
643 BAIR ISLAND ROAD, SUITE 400
REDWOOD CITY, CALIFORNIA 94063
TELEPHONE (650) 365-7710

The court, having reviewed this stipulation, HEREBY ORDERS:

1. The stipulation of the parties is accepted;

2. Trial of the instant case will exclude issues relating to WAUSAU policy numbers 0627 05 027132, effective 1/1/86 to 1/1/87 and 0628 05 027132, effective 1/1/87 to 1/1/88.

3. Trial of the instant case will exclude all issues relating to any obligation by CAL WATER to pay any retrospective premiums or deductibles, whether by reimbursement or offset to CAL WATER's claims.

4. Subject to all court rules, should either party seek to introduce these dismissed claims, they may do so by making the appropriate motion for leave to file an amended complaint or counter claim, and the added claims will be treated as new matter for purposes of discovery and trial.

Dated: 8/20/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
Judge for the United States District Court for the
Northern District of California, San Jose Division

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Mary Ellen McMuldren, hereby declare as follows: |
| 3 | I am over the age of eighteen years and not a party to this action. I am employed with the |
| 4 | law firm of BARBER LAW GROUP whose address is One Embarcadero Center, Suite 1060, San |
| 5 | Francisco, California 94111-3626. |
| 6 | On June 27, 2007, I caused to be served the following document(s): |
| 7 | **Stipulation and Order Concerning 1986 Policy and Retrospective Premiums** |
| 8 | on the interested parties to this action provided below: |

| John H. Podesta, Esq.<br>BRANSON, BRINKOP, GRIFFITH & STRONG, LLP<br>643 Bair Island Road, Suite 400<br>Redwood City, CA 94063<br>Telephone: (650) 365-7710<br>Facsimile: (650) 365-7981 | Attorneys for Defendant<br>CALIFORNIA WATER SERVICE COMPANY |
|---|---|

☒ (BY E-FILE) I caused the foregoing document(s) to be served on all parties set forth above by filng with the Court using the electronic court filing (ECF) system.

☐ (BY ELECTRONIC MAIL) I caused the foregoing document(s) to be served on all parties set forth above by e-mailing copies to the indicated e-mail addresses.

☐ (BY FACSIMILE) I transmitted by facsimile. The facsimile machine I used complies with California Rules of Court, Rule 2004 and no error was reported by the machine.

☐ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) in a box or other facility regularly maintained by Federal Express, an express service carrier, in an envelope designated by the said express service carrier, with delivery fees paid or provided for.

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY PERSONAL DELIVERY) I caused the envelope(s) to be delivered by hand to the addressee(s) noted above. I delivered to an authorized courier or driver to be delivered on the same date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California on June 27, 2007.

_Mary McMuldren_
Mary Ellen McMuldren

1
**PROOF OF SERVICE**
Case No.: C 06-03002 RMW (PVT)

2021489