IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMPLOYERS INSURANCE OF WAUSAU,

    Plaintiff,

-v-

CALIFORNIA WATER SERVICE COMPANY,

    Defendant.

*E-FILED - 9/5/07*

CASE NO.: C-06-03002-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Exhibit 3, 14, 18, 20, 21 to the Declaration of Fulton Smith in Support of Wausau's Opposition to Cal Water's Motion for Partial Summary Judgment shall be filed under seal.

IT IS SO ORDERED.

DATED: September 5, 2007

_____
RONALD M. WHYTE
United States District Judge

1
2
3 Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2