# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMPLOYERS INSURANCE OF WAUSAU,

    Plaintiff,

-v-

CALIFORNIA WATER SERVICE COMPANY,

    Defendant.

*E-FILED - 9/5/07*

CASE NO.: C-06-03002-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Exhibit J, K, L, M and N to the Declaration of Fulton Smith in Support of Wausau's Opposition to Cal Water's Motion for Partial Summary Judgment shall be filed under seal.

IT IS SO ORDERED.

DATED: September 5, 2007

_____
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28