UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA WATER SERVICE CO.,<br><br>　　　　Defendant. | Case No.: C- 06-3002　PVT<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER TO QUASH SUBPOENA** |

This lawsuit involves the question of whether policies issued by Plaintiff Employers Insurance of Wausau ("Wausau") to Defendant California Water Service Co. ("Cal. Water") provide coverage for water contamination alleged in two underlying lawsuits that were filed in the Eastern District of California.[1] On September 7, 2007, Cal Water filed a Motion for Protective Order Quashing Wausau's Subpoena to KPMG and Motion to Shorten Time for the Motion for Protective Order.  Among other reasons, Cal Water argues that the subpoena was invalid because it issued from the Northern District of California and was served upon KPMG in the Los Angeles, in the Central District of California.  On September 10, 2007, the Court granted

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 the Motion to shorten time and required Wausau, no later than September 17, 2007, to either file
2 an opposition addressing why the subpoena is valid or a statement of non-opposition to the
3 Motion for a Protective Order. On September 14, 2007, Cal. Water filed a notice removing the
4 Motion for Protective Order from the Court's calendar based on Wausau's representation that it
5 would not seek to enforce the subpoena. Because Wausau did not file an opposition to the
6 Motion for a Protective Order and because the subpoena appears to be invalid,

It Is Hereby Ordered that the Motion for a Protective Order is GRANTED and the Subpoena is QUASHED.

IT IS SO ORDERED.

Dated: September 21, 2007

*Patricia V. Trumbull*
―――――――――――――――――
PATRICIA V. TRUMBULL
United States Magistrate Judge