**E-FILED on** 10/1/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY, a California Corporation,<br><br>Defendant. | No. C-06-03002 RMW<br><br>ORDER GRANTING MOTION TO SHORTEN TIME ON DEFENDANT'S MOTION FOR RELIEF FROM DECEMBER 10, 2007 TRIAL DATE<br><br>**[Re Docket No. 233]** |

On October 1, 2007, defendant Cal. Water filed a motion for relief from the December 10, 2007 trial date, seeking to proceed on shortened time. Plaintiff Wausau does not oppose the motion to shorten time. Accordingly, the court grants Cal. Water's motion to shorten time on its motion for relief. No later than October 9, 2007, Wausau shall either file an opposition addressing why the relief Cal. Water requests should not be granted or a statement of non-opposition to the motion. No reply brief shall be filed and no hearing shall be held.

DATED: 10/1/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO SHORTEN TIME ON DEFENDANT'S MOTION FOR RELIEF FROM DECEMBER 10, 2007 TRIAL DATE —No. C-06-03002 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Bryan M. Barber          bbarber@barberlg.com
Fulton M. Smith, III     fsmith@barberlg.com

**Counsel for Defendant:**

John H. Podesta          jpodesta@bbgslaw.com
A. Geoffrey Hutchinson   ghutchinson@bbgslaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/1/07                                  /s/ MAG
                                                **Chambers of Judge Whyte**