**United States District Court**
For the Northern District of California

**E-FILED on** 10/10/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY, a California Corporation,<br><br>Defendant. | No. C-06-03002 RMW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM DECEMBER 10, 2007 TRIAL DATE<br><br>**[Re Docket No. 234]** |

On October 1, 2007, defendant Cal. Water filed a motion for relief from the December 10, 2007 trial date, asking the court to change the trial date from December 10, 2007 to March 8, 2008. Plaintiff Wausau opposes the motion.

The court moved the trial in the action from the originally-scheduled date of October 22, 2007 following the parties' filing of a combined total of five motions for summary judgment noticed on the last possible date to hear dispositive motions. Because of number of motions, the court did not feel the parties had provided for sufficient time for the court to consider and rule on the numerous issues presented prior to the pre-trial and trial dates. Unfortunately, the new trial date chosen by the court, December 10, 2007, conflicts with a pre-paid vacation that was scheduled by

United States District Court
For the Northern District of California

Cal. Water's counsel on the assumption that the trial would begin on October 22, 2007. Counsel's scheduled departure date is December 22, 2007.

Wausau argues that the trial date need not be moved because the trial should take only 10 days. Wausau's time estimate differs from Cal. Water's estimate. Cal. Water asserts that the case will take 14 days if tried to the court and 20 days if tried to a jury because it anticipates that the parties will call over 20 witnesses at trial.

The court does not expect the trial to take as long as Cal. Water seems to believe it will, however, it is sympathetic to the potential scheduling dilemma. It does not agree with Wausau that it would be feasible to recess a jury trial until Cal. Water's counsel returns from his pre-scheduled trip in the event that the trial runs longer than 10 days. The court also understands that Wausau is ready to move forward with trial in this matter and that Wausau would like to schedule trial for a date before the March 3, 2008 date proposed by Cal. Water. The March 3, 2008 date, however, corresponds well with the court's availability. Accordingly, the court grants Cal. Water's motion for relief from the December 10, 2007 trial date and continues the trial date to March 3, 2008, as set forth below.

Wausau's real concern appears to relate to its motion, currently scheduled for hearing on November 2, 2007, to prevent testimony at trial by two of Cal. Water's experts who submitted their reports late. The court will rule on that motion independent of the continuance granted in the present motion.

**ORDER**

The court grants Cal. Water's motion for relief from the December 10, 2007 trial date. The currently-scheduled pretrial date of November 29, 2007 shall be continued to February 21, 2008. The trial date shall be continued to March 3, 2008. The parties shall comply with the court's standing order as regards pretrial conferences and filings.

DATED:   10/10/07

RONALD M. WHYTE
United States District Judge

footer below

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Bryan M. Barber bbarber@barberlg.com
Fulton M. Smith, III fsmith@barberlg.com

**Counsel for Defendant:**

John H. Podesta jpodesta@bbgslaw.com
A. Geoffrey Hutchinson ghutchinson@bbgslaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/10/07      /s/ MAG
                         **Chambers of Judge Whyte**