**E-FILED on** 10/25/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY, a California Corporation,<br><br>Defendant. | No. C-06-03002 RMW<br><br>ORDER GRANTING MOTION TO SHORTEN TIME ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY<br><br>**[Re Docket No. 245]** |

On October 18, 2007, defendant Cal. Water filed a motion for an extension of time to complete expert discovery, seeking to proceed on shortened time. Cal. Water asks that the court order that briefing in its motion be completed prior to November 2, 2007, the date of a previously-scheduled hearing. Plaintiff Wausau did not oppose the motion to shorten time. *See* L.R. 6-3(c).

Because Cal. Water's motion for extension of time is related to Wausau's motion to exclude certain experts already calendared for November 2, 2007, the court grants Cal. Water's motion to shorten time on its motion for relief. No later than 5 p.m. on Tuesday, October 30, 2007, Wausau

ORDER GRANTING MOTION TO SHORTEN TIME ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY —No. C-06-03002 RMW
MAG

shall either file an opposition addressing why the relief Cal. Water requests should not be granted or a statement of non-opposition to the motion. No reply brief shall be filed.

DATED: 10/25/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Bryan M. Barber  bbarber@barberlg.com
Fulton M. Smith, III  fsmith@barberlg.com

**Counsel for Defendant:**

John H. Podesta  jpodesta@bbgslaw.com
A. Geoffrey Hutchinson  ghutchinson@bbgslaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/25/07   /s/ MAG
**Chambers of Judge Whyte**