**E-FILED on** 1/14/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY, a California Corporation,<br><br>Defendant. | No. C-06-03002 RMW<br><br>ORDER DENYING WAUSAU'S MOTION TO EXCLUDE WITNESSES; ORDER ENLARGING TIME TO CONDUCT CERTAIN DISCOVERY<br><br>**[Re Docket Nos. 228, 246]** |

Plaintiff Employers Insurance of Wausau ("Wausau") moves to prevent two witnesses designated as experts by defendant California Water Service Company ("Cal. Water"), Dr. Stephen Wheatcraft and Patrick Hubbard, from testifying as experts at trial because their expert reports were late, deficient or both. Wausau contends that it has been prejudiced, at least in part, because it has been unable to prepare properly for discovery. The court denies Wausau's motion. The court finds that any prejudice from these late or deficient disclosures can be remedied by permitting (1) Wausau to take a supplemental deposition of Dr. Wheatcraft; (2) Mr. Hubbard's deposition to go forward as currently scheduled; and (3) Mr. Juncal to revise his report. Dr. Wheatcraft's supplemental deposition shall be at Cal. Water's expense and shall not exceed three hours.

Cal. Water appears to believe that Mr. Juncal may have a conflict of interest severe enough to prevent his testimony on Wausau's behalf as an expert witness and that it may discover further information regarding this conflict during Mr. Juncal's deposition, which is currently scheduled to occur after Mr. Hubbard's deposition. Although, as stated at the hearing on this matter, the court finds Cal. Water's case for disqualifying Mr. Juncal to be extremely weak, it will be permitted to move to disqualify Mr. Juncal within 10 days of his deposition, assuming that such a motion is appropriate based on additional information discovered at his deposition. The parties' time to take expert discovery is enlarged only to the extent necessary to depose Dr. Wheatcraft, Mr. Hubbard and Mr. Juncal; revise Mr. Juncal's expert report; and (if appropriate) to move to disqualify Mr. Juncal. The parties shall appear on January 18, 2008 for a hearing on their cross-motions for summary judgment and Cal. Water's motion to strike.

DATED: 12/20/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Bryan M. Barber         bbarber@barberlg.com
Fulton M. Smith, III    fsmith@barberlg.com

**Counsel for Defendant:**

John H. Podesta         jpodesta@bbgslaw.com
A. Geoffrey Hutchinson  ghutchinson@bbgslaw.com


Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.


**Dated:**   1/14/08                         /s/ MAG
                                    **Chambers of Judge Whyte**

United States District Court
For the Northern District of California

ORDER GRANTING IN PART AND DENYING IN PART WAUSAU'S MOTION TO EXCLUDE WITNESSES; ORDER ENLARGING TIME TO CONDUCT CERTAIN DISCOVERY—No. C-06-03002 RMW
MAG                                3