| | |
|---|---|
| 1 | Bryan M. Barber (California State Bar No. 118001) (bbarber@barberlg.com.) |
| 2 | Fulton M. Smith, III (California State Bar No. 121071) (fsmith@barberlg.com.) |
| 3 | BARBER LAW GROUP |
| | 101 California Street, Suite 810 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 273-2930 |
| 5 | Facsimile: (415) 273-2940 |

*E-FILED - 5/29/09*

Attorneys for Plaintiff and Counterclaim Defendant
EMPLOYERS INSURANCE OF WAUSAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU, | Case No.: C 06-03002 RMW (PVT) |
| Plaintiff, | **[] ORDER PERMITTING WAUSAU TO BRING EQUIPMENT TO COURTROOM 6 FOR TRIAL** |
| v. | |
| CALIFORNIA WATER SERVICE COMPANY, a California corporation, | Hearing Date: None |
| | Judge: Hon. Ronald M. Whyte |
| Defendant. | Courtroom: 6 |
| | Trial Date: June 1, 2009 |

Attorneys and staff for Plaintiff Employers Insurance of Wausau ("Wausau") are permitted to bring the following equipment to Courtroom 6, United States District Court, Northern District of California, San Jose Branch, for use at trial in the above-captioned action.

1. One Elmo projector, cables and power strips,
2. One projector,
3. One table, and
4. One easel and writing board.

1     This order is effective May 29, 2009 and will remain in effect for the duration of the trial.

2     IT IS SO ORDERED.

3 Dated: May 29, 2009

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

//2024196