| | |
|---|---|
| John H. Podesta (CSB No. 154706 (jpodesta@bbgslaw.com) | Aaron P. Allan (CSB No. 144406) (aallan@glaserweil.com) |
| Geoffrey Hutchison (CSB No. 212050) ghutchison@bbgslaw.com. | James A. Karagianides (CSB No. 246595) (dkaragianides@glaserweil.com) |
| BRANSON, BRINKOP, GRIFFITH &STRONG, LLP | GLASER, WEIL, FINK, JACOBS & SHAPIRO, LLP |
| 643 Bair Island Road, Suite 400 Redwood City, CA 94063 | 10250 Constellation Blvd., 19th Floor Los Angeles, CA 90067 |
| Telephone: (650) 365-7710 Facsimile: (650) 365-7981 | Telephone: (310) 553-3000 Facsimile: (310) 556-2920 |

Attorneys for Defendant and Cross-Complainant
CALIFORNIA WATER SERVICE COMPANY

*E-FILED - 5/29/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU, <br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY, a California corporation,<br><br>Defendant. | Case No.: C 06-03002 RMW (PVT)<br><br>**[] ORDER PERMITTING CAL WATER TO BRING EQUIPMENT TO COURTROOM 6 FOR TRIAL**<br><br>Hearing Date: None<br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6<br>Trial Date: June 1, 2009 |

Counsel and staff for Defendant and Counterclaimant California Water Service Company ("Cal Water") are permitted to bring the following to Courtroom 6, United States District Court, Northern District of California, San Jose Branch, for use at trial in the above-captioned action.

1. One Elmo projector, cables and power strips,
2. One projector,
3. One table, and
4. One easel and writing board.

///

///

| 1 | This order is effective May 29, 2009 and will remain in effect for the duration of the trial. |

IT IS SO ORDERED.

Dated: May 29, 2009

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge