John H. Podesta, State Bar No. 154706
William R. Rapoport, State Bar No. 047086
Geoffrey Hutchinson, State Bar No. 212050
BRANSON, BRINKOP, GRIFFITH & STRONG, LLP
643 Bair Island Road
Redwood City, California 92660
Telephone: (650) 365-7710
Facsimile: (650) 365-7981

Aaron P. Allan, State Bar No. 144406
James A. Karagianides, State Bar No. 246595
GLASER, WEIL, FINK,
 JACOBS, HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendant and Counter-Claimant
CALIFORNIA WATER SERVICE COMPANY

*E-FILED - 7/29/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA WATER SERVICE COMPANY (a California corporation),<br><br>    Defendant. | Case No. C 06 3002 RMW<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON**<br><br>[Assigned to the Hon. Ronald M. Whyte] |

Having reached an agreement to settle their respective claims in this action, all parties hereby stipulate, through their designated counsel, that the entirety of the above-captioned action, including all claims asserted in the Amended Complaint and all claims asserted in the Counterclaim, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party bearing its own costs and fees.

Dated: June 25, 2009

BARBER LAW GROUP

By: _____
Bryan M. Barber
Attorneys for Plaintiff and Counter-Defendant
EMPLOYERS INSURANCE OF WAUSAU

Dated: June 26, 2009

BRANSON, BRINKOP GRIFFITH & STRONG, LLP

By: _____
John Podesta
Attorneys for Defendant and Counter-Claimant
CALIFORNIA WATER SERVICE COMPANY

Dated: June 26, 2009

GLASER, WEIL, FINK, JACOBS HOWARD & SHAPIRO, LLP

By: _____
Aaron Allan
Attorneys for Defendant and Counter-Claimant
CALIFORNIA WATER SERVICE COMPANY

ORDER

IT IS SO ORDERED.

Dated: 7/29, 2009

_____
Honorable Ronald M. Whyte
United States District Judge

679900

STIPULATION OF DISMISSAL

1